Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-774

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
August 14, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rainbow Egg Layers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | February 03, 2021 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Rebekah Leigh Marshall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rebekah Leigh Marshall |
| | Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rebekah Leigh Marshall |
| **Email:** | rebekah-leigh@hotmail.co.uk |
| **Address:** | Barton Cottage Thurloxton |
| | Taunton TA2 8RH United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 14, 2025 |
| **Applicant's Tracking Number:** | RM2025051302 |

# Rainbow Egg Layers



Dark Copper Marans

Cocoa Egger

Barnevelder

Moss Egger

Olive Egger

Cream Legbar

Sage Egger

Araucana

Wellsummer

Brahma

Faverolles

Silkie

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-459-621

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
August 27, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The Hen Party |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | July 09, 2020 |
| **Nation of 1ˢᵗ Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Rebekah Leigh Marshall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rebekah Leigh Marshall |
| | Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rebekah Leigh Marshall |
| **Email:** | rebekah-leigh@hotmail.co.uk |
| **Address:** | Barton Cottage Thurloxton |
| | Taunton TA2 8RH United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 14, 2025 |
| **Applicant's Tracking Number:** | RM2025051304 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-778

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Grow Good Things |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 21, 2022 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| •     **Author:** | Rebekah Leigh Marshall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rebekah Leigh Marshall<br>Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rebekah Leigh Marshall |
| **Email:** | rebekah-leigh@hotmail.co.uk |
| **Address:** | Barton Cottage Thurloxton<br>Taunton TA2 8RH United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 14, 2025 |
| **Applicant's Tracking Number:** | RM2025051301 |



Grow Good Things